UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **GABRIELA ERICA VASQUEZ, as Guardian of THERESA PARAMO, an Incapacitated Adult,**<br><br>**Plaintiff,**<br><br>v.<br><br>**THE CITY OF EAST CHICAGO, THE CITY OF HAMMOND, City of East Chicago Police Officer ERIC GODOY, in His Official Capacity, City of East Chicago Police Officer JAMES SOLORIO, in His Official Capacity, City of Hammond Police Officer JOSEPH MUNOZ, in His Official Capacity, City of Hammond Police Officer JAMES ONOHAN, in His Official Capacity, and City of Hammond Police Officer MICHAEL SCHMIDT, in His Official Capacity,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

The defendants, City of Hammond, and City of Hammond Police Officers Joseph Munoz, James Onohan, and Michael Schmidt ("Hammond Defendants"), with full reservation of any and all defenses, and pursuant to 28 U.S.C. §§ 1441© and 1446(b), file herewith their notice removing this civil action from the Lake Superior Court, Room Four, Gary, Indiana, to the United States District Court for the Northern District of Indiana, Hammond Division, and in support thereof, show the Court:

1.      Defendants are named in a civil action filed in the Lake Superior Court Room Four in Gary, Indiana, and styled as *Gabriela Erica Vasquez, as Guardian of Theresa Paramo, an*

*Incapacitated Adult v. The City of East Chicago, The City of East Chicago, City of East Chicago Police Officer Eric Godoy, in His Official Capacity, City of East Chicago Police Officer James Solorio, in His Official Capacity, City of Hammond Police Officer Joseph Munoz, in His Official Capacity, City of Hammond Police Officer James Onohan, in His Official Capacity, and City of Hammond Police Officer Michael Schmidt, in His Official Capacity*, Cause No. 45D04-1705-CT-99.

2.      The complaint, filed on May 3, 2017, alleges, *inter alia*, that the defendants engaged in a high-speed pursuit of suspects Donnell Howard and/or Jessica Pichon in a purposeful effort to cause them harm, thereby purportedly depriving them of "their rights, privileges and immunities secured to them under the Fourteen the Amendment to the Constitution of the United States of America as well as applicable federal law." (*See* Plaintiff's Complaint for Damages and Jury Demand, ¶¶58-60, attached hereto as Exhibit A).

3.      Plaintiff alleges further that defendants breached their duty to "initiate and continue their high-speed pursuit" of Howard and Pichon "so as not to deprive the public generally and specifically THERESA PARAMO and J.C. of the rights, privileges and immunities secured to them under the Constitution of the United States of America and pursuant to [f]ederal law," and as a result of which plaintiff sustained harm. (Exhibit A, ¶¶61-64).

4.      Plaintiff seeks to recover damages, *inter alia*, under 42 U.S.C.§1983, and fees and costs under 42 U.S.C.§1988.

5.      These allegations involve a federal question and all of the allegations, whether based on federal or state law claims, arise from and are related to a common nucleus of operative facts. The Court therefore has jurisdiction over the plaintiff's federal and state law claims pursuant to 28 U.S.C.§§1331 and 1367.

6.   Counsel for Hammond Defendants received a copy of the plaintiff's complaint on May 11, 2017; and the City of Hammond was served with summons and complaint on May 19, 2017. As a result, the time in which the Hammond defendants are required under Indiana law to answer or otherwise respond to the complaint has not elapsed.

7.   The Hammond Defendants have timely filed their notice of removal in accordance with 28 U.S.C.§1446(b), since it is within thirty (30) days of the receipt of the complaint.

8.   All defendants who have been properly served join in and consent to the removal of this action to federal court.

9.   Written notice of the filing of this Notice of Removal will be served on the plaintiffs and all defendants.

10.  Venue is proper in this district pursuant to 28 U.S.C.§1441(a) inasmuch as the suit is pending in Lake County, Indiana.

11.  A file-marked copy of the state court complaint is attached as Exhibit A as is required by 28 U.S.C.§1446(a).  The Hammond Defendants have filed a copy of this notice of removal with the Clerk of the Lake Superior Court Room Four.

Respectfully submitted,

David C. Jensen, #4893-45        **EICHHORN & EICHHORN, LLP**
John M. McCrum, #9988-45
EICHHORN & EICHHORN, LLP
200 Russell Street, P.O. Box 6328    By: *s/ John M. McCrum*
Hammond, Indiana 46325                   Attorneys for Defendants,
Telephone: (219) 931-0560                City of Hammond and Hammond
                                         Police Officers Joseph Munoz,
                                         James Onohan, and Michael Schmidt