# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| GABRIELLA ERICA VASQUEZ, as Guardian of THERESA PARAMO, an Incapacitated Adult,<br>　　　　Plaintiff,<br><br>　v.<br><br>THE CITY OF EAST CHICAGO, et al.,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 2:17-cv-00229-JVB-JEM<br>)<br>)<br>) |

## PARTIES' STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff, Gabriella Erica Vasquez, as Guardian of Theresa Paramo, an Incapacitated Adult, and defendants, The City of East Chicago, The City of Hammond, Eric Godoy, James Solorio, Joseph Munoz, James Onohan, and Michael Schmidt, by their respective counsel, herewith stipulate to the dismissal of plaintiff's cause of action and all claims which are or could have been made against defendants therein, with prejudice.

**RUDER LAW LLC**

By: */s/ Lawrence T. Ruder*
　　One of the Attorneys for Plaintiff
　　300 Saunders Road, Suite 200
　　Riverwoods, Illinois 60015
　　Telephone: (312) 481-7007

**TOLBERT & TOLBERT, LLC**

By: */s/ Michael E. Tolbert*
　　One of the Attorneys for Defendants
　　City of East Chicago, Eric Godoy,
　　and James Solorio
　　1085 Broadway, Suite B
　　Gary, Indiana 46402
　　Telephone: (219) 427-0094

**EICHHORN & EICHHORN, LLP**

By: */s/ John M. McCrum*
　　One of the Attorneys for Defendants
　　City of Hammond, Joseph Munoz,
　　James Onohan, and Michael Schmidt
　　2929 Carlson Drive, Suite 100
　　Hammond, Indiana 46323
　　Telephone: (219) 931-0560

## CERTIFICATE OF SERVICE

      I, Michael E. Tolbert, certify that on the 23rd of November, 2020, a true and complete copy of the foregoing was served upon all counsel of record via the Case Management / Electronic Case Filing (CM/ECF) system maintained by the United States District Court for the Northern District of Indiana.

Thomas A. Clements  
Attorney at Law  
500 East 86th Avenue  
Merrillville, IN 46410  

Lawrence R. Ruder  
Ruder Law LLC  
20 N Clark St., Suite 3100  
Chicago, IL 60602  

John M. McCrum  
Robert J. Feldt  
Eichhorn & Eichhorn LLP  
2929 Carlson Drive, Suite 100  
Hammond IN  46323  

                                                    */s/ Michael E. Tolbert*  
                                                    Michael E. Tolbert, #22555-64